## IUNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | Case No. MDL 15-2641-PHX DGC<br><br>**ORDER** |
| This Document Relates to Plaintiff:<br>Sharon McWhorter v. C.R. Bard Incorporated, et al.,<br>Civil Case No.: CV17-1101-PHX DGC | |

The Court has considered Plaintiff Sharon McWhorter's consent motion to dismiss. Doc. 9648.

**IT IS HEREBY ORDERED, ADJUDGED AND DECLARED** that the consent motion to dismiss (Doc. 9648) is **granted.** This action (CV17-1101 PHX DGC) is dismissed in its entirety with prejudice.

Dated this 11th day of January, 2018.

_____
David G. Campbell
United States District Judge